UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────X   24-cv-1766 (NJC)(ST)
LISA PANZICA, Individually and on Behalf of
All Others Similarly Situated,

                          Plaintiff(s)   **NOTICE OF**
  - against -                                    **APPEARANCE**

PETTIT PLACE REALTY L.L.C. and OCEAN-
CLEAR INC.,

                          Defendants.
──────────────────────────────────X

      **PLEASE TAKE NOTICE THAT**, I hereby appear for the defendants in the above captioned action. I am admitted to practice in this court.

Dated: Long Beach, NY
       April 29, 2024

                                          Respectfully submitted,

                                          Thomas R. Sofield, P.C.
                                          <u>Attorneys for Defendants</u>
                                          By:

                                          _____
                                          Thomas R. Sofield (TS-2743)
                                          64 West Park Avenue
                                          Long Beach, New York 11561
                                          Phone (516)639-1924
                                          Fax (516) 889-9105
                                          Tsofield@optonline.net