## CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 1, 2024 |
| TIME: | 3:00 P.M. |
| DOCKET NUMBER(S): | CV-24-1766 (NJC) |
| NAME OF CASE(S): | Panzica v. Pettit Place Realty L.L.C. et al |
| FOR PLAINTIFF(S): | Bahamonde |
| FOR DEFENDANT(S): | Sofield |
| NEXT CONFERENCE(S): | Settlement Conference - September 26, 2024 at 11:00 a.m., in-person |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM  Initial Conference                    :

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 7/14/24;

Completion of Phase I discovery - 9/13/24;

Deadline for motions to join new parties or amend pleadings - 10/11/24;

First requests for production of documents and interrogatories due by - 10/21/24;

All fact discovery to be completed by 1/24/25;

Exchange of expert reports - 2/28/25;

Expert depositions completed by - 3/31/25;

All discovery completed by - 4/1/25;

Final date to take first step in dispositive motion practice - 5/1/25.

An in-person settlement conference will be held on September 26, 2024 at 11:00 a.m. in Courtroom 910 of the Central Islip Courthouse. Parties are to submit their respective settlement positions via ex parte electronic filing no later than September 23, 2024. A motion to file ex parte is not required.  Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.